No. 572. GYPSY OIL COMPANY *v.* LEO BENNETT ESCOE, A MINOR, BY O. W. STEPHENS, GUARDIAN. See *ante,* p. 498.

———————

No. 576. W. E. THOMAS, TRUSTEE, *v.* J. M. LESTER. November 28, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Arkansas denied. *Messrs. H. Rozier Dulany, Jr., A. L. Adams* and *H. L. Ponder* for petitioner. *Messrs. J. Merrick Moore* and *Clifton W. Gray* for respondent.

———————

No. 580. LEO J. GONCH *v.* REPUBLIC STORAGE COMPANY, INC. November 28, 1927. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. John P. Loughran* for petitioner. *Mr. Outerbridge Horsey* for respondent.

———————

No. 581. AMERICAN COLONIAL BANK OF PORTO RICO *v.* MERCEDES GUERRA Y COBIAN ET AL.; and

No. 582. SAME *v.* SAME. November 28, 1927. Petition for writs of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Francis E. Neagle* for petitioner. *Mr. Hugh R. Francis* for respondents.

———————

No. 584. L. F. VANCE *v.* CHICAGO PORTRAIT COMPANY ET AL. November 28, 1927. Petition for a writ of certiorari to the District Court of the United States for the Northern District of Illinois denied. *Mr. L. F. Vance, pro se. Mr. John T. Evans* for respondents.

———————

No. 585. L. F. VANCE *v.* CHICAGO PORTRAIT COMPANY. November 28, 1927. Petition for a writ of certiorari to

the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. L. F. Vance, pro se. Mr. John T. Evans* for respondent.

---

No. 587. JOHN A. VESEY *v.* V. K. IRION, COMMISSIONER OF CONSERVATION, ET AL. November 28, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Louisiana denied. *Messrs. R. C. Milling* and *Eugene B. Saunders* for petitioner. No appearance for respondents.

---

No. 590. COLUMBUS ELECTRIC & POWER COMPANY AND S. MORGAN SMITH COMPANY *v.* ALLIS-CHALMERS MANUFACTURING COMPANY AND WILLIAM M. WHITE. November 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Robert C. Alston* and *Hubert Howson* for petitioners. *Messrs. Clifton V. Edwards, George F. De Wein* and *J. Blanc Monroe* for respondents.

---

No. 591. PERCIVAL WILDS, TRUSTEE, *v.* LEBANON NATIONAL BANK. November 28, 1927. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Messrs. Caruthers Ewing* and *Bertram F. Shipman* for petitioner. *Mr. John E. Joyce* for respondent.

---

No. 593. CALIFORNIA HIGHWAY INDEMNITY EXCHANGE *v.* MARIE KRUGER. November 28, 1927. Petition for a writ of certiorari to the Supreme Court of the State of California denied. *Mr. Ellwood P. Morey* for petitioner. *Mr. Edwin J. Baumberger* for respondent.